ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

MAY 17 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
BELINDA I AGUIRRE ) Case No. 05-53424 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, HARDEN MEDICAL CARE CTR in the above entitled matter was returned marked: RETURN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $1.60 as an unclaimed dividend.

Claim # 24    HARDEN MEDICAL CARE CTR
              P O BOX 10070
              SALINAS, CA 93912

Dated: May 14, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
JAN 26 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13



UNITED STATES POSTAGE
02 1A
0004366326
$ 00.44⁰
PITNEY BOWES
JAN13 2010
MAILED FROM ZIP CODE 95032

TO THE ORDER OF:
HARDEN MEDICAL CARE CTR
P O BOX 10070
SALINAS, CA 93912

9391237070 B023
95150@0013

NIXIE    951   DE 1       00   01/25/10
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD

BC: 95150001313    *2656-05090-13-39

Case: 05-53424   Doc# 24   Filed: 05/17/10   Entered: 05/25/10 12:42:04   Page 2 of 2